IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TOMMIE LEE VANDERPOOL**,

        Plaintiff,

    v.

**MICHAEL J. ASTRUE**, **Commissioner,**
**Social Security Administration,**

        Defendant.

No. 3:10-cv-06264-HU

OPINION AND ORDER

**MOSMAN, J.**,

On June 14, 2012, Magistrate Judge Hubel issued his Findings and Recommendation

("F&R") [20] in the above-captioned case recommending that I reverse the Commissioner's

decision and remand this action for further proceedings. Neither party filed objections.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may

file written objections. The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination. The court is generally required to

make a de novo determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

is not required to review, de novo or under any other standard, the factual or legal conclusions of

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

1 – OPINION AND ORDER

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R [20]

as my own opinion.

IT IS SO ORDERED.

DATED this   5th   day of July, 2012.


/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
United States District Judge


2 – OPINION AND ORDER